IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EB INTERNATIONAL, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. _____ |
| v. | § | |
| | § | |
| AGCS MARINE INSURANCE | § | JURY |
| COMPANY; VERICLAIM, INC.; | § | |
| and JAY ADAME, | § | |
| | § | |
| *Defendants.* | § | |

**EXHIBIT 1
TO DEFENDANTS' NOTICE OF REMOVAL:**

**ALL EXECUTED PROCESS IN THE CASE**

In compliance with 28 U.S.C § 1446(a) and Local Rule 81, the Defendants submit the following citations in the case in support of their Notice of Removal in the above-referenced action:

A. Citation served on Defendant VERICLAIM, INC. via certified mail to its registered agent for service of process on November 7, 2016

B. Citation served on Defendant JAY ADAME via hand delivery on November 7, 2016[1]

C. Citation served on Defendant AGCS MARINE INSURANCE COMPANY via certified mail to its registered agent for service of process on December 20, 2016

---

[1] No executed return of service is on file for Defendant Jay Adame. He was served at his place of business on or about November 7, 2016. He has appeared and answered at this time.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ *Christopher W. Martin*
        Christopher W. Martin
        E-Mail: martin@mdjwlaw.com
        State Bar No.: 13057620
        808 Travis Street, 20th Floor
        Houston, Texas 77002
        Telephone:  (713) 632-1700
        Facsimile:   (713) 222-0101

        **ATTORNEY-IN-CHARGE**
        **FOR DEFENDANTS**

OF COUNSEL FOR DEFENDANTS:

P. Wayne Pickering
Texas Bar No.: 15975030
pickering@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
800 Travis Street, 20th Floor
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:   (713) 222-0101

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2017, a true copy of this document was electronically filed and that the counsel of record noted below designated as counsel to receive electronic service of all instruments filed herein were served on this date, per the mandatory electronic filing rules.

David DeGroot
THE DEGROOT LAW FIRM, PLLC
3827 N. 10th Street, Suite 304
McAllen, Texas 78501
[T] (956) 627-2787
[F] (956) 627-4363
**Counsel for Plaintiff**

/s/  *P. Wayne Pickering*
P. Wayne Pickering

# EXHIBIT A

C-4530-16-B
93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION

STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**Vericlaim, Inc.**
BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM
1999 Bryan Street Suite 900
Dallas TX 75201-3136

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rodolfo "Rudy" Delgado, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 30th day of September, 2016 and a copy of same accompanies this citation. The file number and style of said suit being C-4530-16-B, **EB INTERNATIONAL, LLC, PLAINTIFF, VS. ALLIANZ GLOBAL CORPORATE & SPECIALTY, VERICLAIM, AND JAY ADAME,**

Said Petition was filed in said court by DAVID A. DEGROOT, 3827 N 10TH ST STE 304 MCALLEN TX 78501.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 3rd day of October, 2016.

LAURA HINOJOSA, DISTRICT CLERK
100 N. CLOSNER, EDINBURG, TEXAS
HIDALGO COUNTY, TEXAS

_____
NOEMI LAMAS, DEPUTY CLERK

C-4530-16-B
OFFICER'S RETURN

Came to hand on 11 of October, 2016 at 4'00 o'clock P.m. and executed in Dallas County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the Plaintiffs Original (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
| Vericlaim, Inc - CT Corporation System | 11/07/16 | 8:41 A.M. | By Certified Mail See Attached Green Card |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____
miles ...................$_____

Joseph Gerlick
~~DEPUTY~~ Authorized Person

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is Joseph Gerlick, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Dallas County, State of Texas, on the 7 day of November, 2016.

_____
Declarant"

SCH 3003 - 10/31/19

**If Certified by the Supreme Court of Texas
Date of Expiration / SCH Number**

Electronically Filed
11/25/2016 8:26:24 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Chris Wells  C. Date of Delivery NOV 0 7 2016 |
| 1. Article Addressed to:<br><br>Vericlaim, Inc.<br>BY SERVING ITS REGISTERED AGENT:<br>CT CORPORATION SYSTEM<br>1999 Bryan Street Suite 900<br>Dallas TX 75201-3136 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9401 0096 5168 9284 52 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1370 0001 4618 8054 | (over $500) |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

English   Customer Service   USPS Mobile   Register /



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70161370000146188054

## Product & Tracking Information

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 7, 2016, 8:41 am | Delivered | DALLAS, TX 75201 |

Your item was delivered at 8:41 am on November 7, 2016 in DALLAS, TX 75201.

| | | |
|---|---|---|
| November 4, 2016, 9:52 am | Notice Left (No Authorized Recipient Available) | DALLAS, TX 75201 |
| November 4, 2016, 5:01 am | Departed USPS Facility | DALLAS, TX 75260 |
| November 3, 2016, 3:07 pm | Arrived at USPS Facility | DALLAS, TX 75260 |
| November 2, 2016, 10:05 pm | Departed USPS Facility | MCALLEN, TX 78501 |
| November 2, 2016, 9:27 pm | Arrived at USPS Facility | MCALLEN, TX 78501 |

## Available Actions
Text Updates

Email Updates

## Track Another Package
**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

# C-4530-16-B

## VERIFICATION

Before me, a notary public, on this day personally appeared Joseph Gerlicki, known to me to be the person whose name is subscribed on the return of service document and being by me first duly sworn states as follows: I am over the age of eighteen (18) years of age and am not a party to the above referenced lawsuit and I am not interested in the outcome of this lawsuit. I declare that the statement therein contained is true and correct to the best of my knowledge.

Joseph Gerlicki
SCH3003
Cert Exp. 10/31/2016 9

Sworn and subscribed before me this the 21st day of November, 2016

Notary Public in and for
The State Of Texas



VELMA R. FLYNN
Notary Public, State of Texas
Comm. Expires 02-18-2019
Notary ID 399786-6

# EXHIBIT B

C-4530-16-B
93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

## CITATION

### STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**Jay Adame**
**722 Morgan Blvd Suite M**
**Harlingen TX  78550**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rodolfo "Rudy" Delgado, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 30th day of September, 2016 and a copy of same accompanies this citation. The file number and style of said suit being C-4530-16-B, **EB INTERNATIONAL, LLC, PLAINTIFF, VS. ALLIANZ GLOBAL CORPORATE & SPECIALTY, VERICLAIM, AND JAY ADAME,**

Said Petition was filed in said court by DAVID A. DEGROOT, 3827 N 10TH ST STE 304  MCALLEN TX  78501.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 3rd day of October, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**NOEMI LAMAS, DEPUTY CLERK**

C-4530-16-B
OFFICER'S RETURN

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ....................$_____


_____
**DEPUTY**
**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**


_____
**If Certified by the Supreme Court of Texas
Date of Expiration / SCH Number**

# EXHIBIT C

C-4530-16-B
93RD DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION

STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**AGCS Marine Insurance Company**
**By Serving Its Registered Agent**
**CT Corporation System**
**1999 Bryan Street Suite 900**
**Dallas TX 75201-3136**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Rodolfo "Rudy" Delgado, 93rd District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 30th day of September, 2016 and a copy of same accompanies this citation. The file number and style of said suit being C-4530-16-B, **EB INTERNATIONAL, LLC, PLAINTIFF, VS. ALLIANZ GLOBAL CORPORATE & SPECIALTY, VERICLAIM, AND JAY ADAME,**

Said Petition was filed in said court by DAVID A. DEGROOT 3827 N 10TH ST STE 304 MCALLEN TX 78501.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 7th day of December, 2016.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**ALESSANDRA GALVAN, DEPUTY CLERK**

C-4530-16-B
OFFICER'S RETURN

Came to hand on __7__ of __December__, 201_6_ at _3:00_ o'clock _P_ .m. and executed in __Dallas__ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
| See Green Card Attached | 12/20/16 | 9:38 AM | By Certified Mail |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____
      miles ....................$_____

__Joseph Gerlicki__
~~DEPUTY~~ Authorized Person

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is __Joseph Gerlicki__, my date of birth is _____ and the address is _____, and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in __Dallas__ County, State of Texas, on the _20_ day of __December__, 201_6_.

_____
Declarant"

__SCH3003 - 11-30-2019__
**If Certified by the Supreme Court of Texas
Date of Expiration / SCH Number**

Electronically Filed
1/11/2017 7:10:10 PM
Hidalgo County District Clerks
Reviewed By: Alessandra Galvan

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AGCS Marine Insurance
   Company-Registered Agent:
   CT Corporation System
   1999 Bryan Street Suite 900
   Dallas TX  75201-3136

   9590 9402 2431 6249 7709 93

2. Article Number (Transfer from service label)

   7016 2140 0000 4795 1946

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                    DEC 20 2016

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...Mail
   ☐ ...Mail Restricted Delivery
   (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

English    Customer Service    USPS Mobile 



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70162140000047951946

## Product & Tracking Information

**Postal Product:**    **Features:** Certified Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 20, 2016, 9:38 am | **Delivered** | **DALLAS, TX 75201** |

Your item was delivered at 9:38 am on December 20, 2016 in DALLAS, TX 75201.

| | | |
|---|---|---|
| December 20, 2016, 8:27 am | Notice Left (No Authorized Recipient Available) | DALLAS, TX 75201 |
| December 19, 2016, 11:25 pm | Departed USPS Facility | DALLAS, TX 75260 |
| December 18, 2016, 8:08 am | Arrived at USPS Facility | DALLAS, TX 75260 |
| December 17, 2016, 8:07 pm | In Transit to Destination | |
| December 16, 2016, 11:05 pm | Departed USPS Facility | MCALLEN, TX 78501 |
| December 16, 2016, 8:07 pm | Arrived at USPS Facility | MCALLEN, TX 78501 |
| December 16, 2016, 11:34 am | Arrived at USPS Facility | MCALLEN, TX 78504 |

# C-4530-16-B

## VERIFICATION

Before me, a notary public, on this day personally appeared Joseph Gerlicki, known to me to be the person whose name is subscribed on the return of service document and being by me first duly sworn states as follows: I am over the age of eighteen (18) years of age and am not a party to the above referenced lawsuit and I am not interested in the outcome of this lawsuit. I declare that the statement therein contained is true and correct to the best of my knowledge.

*[signature]*

Joseph Gerlicki
SCH3003
Cert Exp. 11/30/2019

Sworn and subscribed before me this the 9th day of January, 2017

*[signature]*

Notary Public in and for
The State Of Texas

VELMA R. FLYNN
Notary Public, State of Texas
Comm. Expires 02-18-2019
Notary ID 399786-6